UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:23-CR-83 |
| | ) | |
| v. | ) | |
| | ) | |
| SEAN CHRISTOPHER WILLIAMS | ) | |

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO DEFENDANT'S MOTION TO SUPPRESS**

The United States respectfully moves this Court for an extension of time to respond to Defendant's motion to suppress under *Franks v. Delaware* (Doc. No. 43). In support of its request, the United States offers as follows:

1. On December 5, 2023, Defendant was charged in a three-count Bill of Indictment for the Possession and Transportation of Child Pornography. (Doc. No.1). At the time of the indictment, Defendant was in custody on charges in the Eastern District of Tennessee (2:23-CR-111-1-JRG-CRW).

2. Defendant appeared in the Western District of North Carolina for his initial appearance and arraignment for these charges on February 25 and February 28, 2025, respectively. At his arraignment, Defendant was appointed counsel from the Office of the Federal Defender.

3. On October 9, 2025, Assistant Federal Defender Carson Smith and Federal Defender John Baker were substituted as counsel for Defendant. Defendant filed a motion to continue the pretrial motions deadline and docket call on October 16, 2025. (Doc. No. 21). The United States objected to the motion. (Doc. No. 17). Defendant's motion was granted on October 24, 2025, thereby extending the pretrial motions deadline until November 17, 2025. (Doc. No. 23).

4.	Defendant filed his first motion to suppress and memorandum of law on November 17, 2025. (Doc. No. 24). The magistrate judge's memorandum and recommendations denying Defendant's first motion to suppress was filed on February 10, 2026. (Doc. No. 33).

5.	On May 21, 2026, Defendant filed his second and instant motion to suppress under *Franks v. Delaware*. (Doc. No. 43). The Government's response deadline is May 28, 2026.

6.	Defendant's instant motion to suppress involves several complex questions of law and requires review of the trial transcript from Defendant's March 2, 2026, trial in docket number 1:23-CR-61, requiring additional research and analysis by undersigned counsel. The United States is hereby requesting an extension of the deadline for its response to Defendant's second motion to suppress for twenty-one (21) days, up to and including June 18, 2026. This request will allow the United States to adequately complete the research and analysis necessary to respond to Defendant's motion.

7.	The United States has consulted with counsel for Defendant who does not oppose this motion and request for an extension to respond.

WHEREFORE, the United States requests an extension of time to file its response to Defendant's motion to suppress, up to and including June 18, 2026.

Respectfully submitted, this the 26th day of May 2026.

RUSS FERGUSON
UNITED STATES ATTORNEY

/s/ Alexis Benjamin
Alexis Benjamin
Assistant United States Attorney
NC Bar #46417
100 Otis St., Room 233
Asheville, North Carolina 28801

Page **2** of **3**

(828) 271-4661
E-mail: alexis.benjamin@usdoj.gov

Page **3** of **3**

Case 1:23-cr-00083-MR-WCM    Document 45    Filed 05/26/26    Page 3 of 3